

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2016

No. 04-16-00181-CV

**THREE THOUSAND FOUR HUNDRED FORTY-FIVE DOLLARS ($3,445.00) UNITED STATES CURRENCY**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08281
Honorable Larry Noll, Judge Presiding

## O R D E R

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Jason Pulliam, Justice

On September 21, 2016, the court issued its opinion and judgment striking Appellant's amended brief and dismissing this appeal for want of prosecution. On September 23, 2016, Appellant filed a letter and an amended brief that asked this court to accept his amended brief and reconsider its earlier decision denying his request for court-appointed counsel.

A court may appoint counsel for a pro se civil litigant "under exceptional circumstances." *See Gibson v. Tolbert*, 102 S.W.3d 710, 712 (Tex. 2003) (citing *Travelers Indem. Co. of Conn. v. Mayfield*, 923 S.W.2d 590, 594 (Tex. 1996)); *see also* TEX. GOV'T CODE ANN. § 24.016 (West 2004). Exceptional circumstances are "rare and unusual," and Appellant's motion presents no such circumstances. *See Gibson*, 102 S.W.3d at 713 (denying court-appointed counsel to an indigent inmate for his civil suit against prison personnel). Appellant's second motion for appointment of counsel on appeal is DENIED.

We also construe Appellant's letter as including a motion for rehearing. The panel has considered Appellant's motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

It is so **ORDERED** on October 7, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

